UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. '08 MJ 1573 |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| **Raymond MILITANTE-Rebaya,** ) | Transportation of Illegal |
| ) | Aliens |
| ) | |
| Defendant(s) ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 19, 2008**, within the Southern District of California, defendant **Raymond MILITANTE-Rebaya** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Javier RABADAN-Cruz, Natalia BENITEZ-Carrera** aka: Ornelia Natividad GALLEGOS-Torres, and **Veronica VEGA-Alman** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **MAY 2008**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Javier RABADAN-Cruz, Natalia BENITEZ-Carrera** aka Ornelia Natividad GALLEGOS-Torres, and **Veronica VEGA-Alman** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 19, 2008 Senior Patrol Agent D. Neckel was assigned to Traffic Check duties at the State Route 94 Checkpoint in Jamul, California. At approximately 0645 a.m., a white Mazda 626 sedan drove into the primary inspection area. While conducting his immigration inspection, Agent Neckel observed that the driver appeared nervous. Agent Neckel performed what is known as a "press check" on the trunk lid of the vehicle. Based on this press check, Agent Neckel believed that the trunk contained something heavy.

Agent Neckel requested that the driver proceed to the secondary inspection area. In the secondary inspection area, Border Patrol Agent J. Rhodes requested that the driver, later identified as the defendant **Raymond MILITANTE-Rebaya** exit the vehicle. At this time, Agent Neckel retrieved his service K-9 Brutus and presented the vehicle to Brutus for an exterior K-9 sniff. Brutus is certified in the detection of concealed humans, marijuana, cocaine, heroin and methamphetamine, as well as derivates of these four narcotics. Brutus alerted when the rear of the car was presented to him and indicated near the trunk area. The defendant stated to Agent Rhodes that there were people in the trunk of the vehicle. Upon opening the trunk three people were discovered in the trunk. An immigration inspection was conducted by Agent Neckel on the three subjects as they were removed from the trunk. All three of these subjects stated that they were citizens and nationals of Mexico who had illegally crossed the International Border without being inspected. The defendant stated that he was a citizen and national of the United States by virtue of Naturalization. All four subjects were placed under arrest and taken into the SR 94 checkpoint for processing.

## DEFENDANT STATEMENT:

The defendant was advised of his Miranda rights and stated that he understood these rights. The defendant admitted to prior arrests and convictions for alien smuggling.

When asked about today's events, the defendant stated that an acquaintance named "Shorty" met him in Tijuana, BC, Mexico on May 17, 2008 and made arrangements with him to drive for a smuggler named "Pedro or Juan". The defendant stated that he was instructed which car lot to find the Mazda in and where to drive from there, by "Pedro" who was guiding him by telephone. The defendant stated that he crossed into the U.S. through the Tecate, Port of Entry at approximately 6:00 AM and proceeded directly to the car. He then drove to the end of Humphries road in Tecate, California where he was instructed to back the car into a truck lot between some school buses. The defendant stated that when he did this he opened the trunk from inside the vehicle and an unknown man placed the three subjects into the trunk.

The defendant stated that he did not know how much he would be paid for driving the undocumented immigrants into San Diego, but admitted that he knew he would be paid. The defendant stated that he knew it was humans that he was transporting. The defendant stated that he knew smuggling aliens was a crime.

**CONTINUATION OF COMPLAINT:**
Raymond MILITANTE-Rebaya



## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Javier RABADAN-Cruz, Natalia BENITEZ-Carrera** aka Ornelia Natividad GALLEGOS-Torres, and **Veronica VEGA-Alman** agree in summary that they are citizens and nationals of Mexico illegally present in the United States and did not have any immigration documents allowing them to be or remain in the United States legally. The material witnesses stated that they were to pay $2,800 to $3,000 (US) to be smuggled into the United States.