**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone No. (619) 234-8467
Email: timothy_garrison@fd.org

Attorneys for Mr. Militante-Rebaya

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1573 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| RAYMOND MILITANTE-REBAYA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated:  May 27, 2008                    /s/ *Timothy R. Garrison*
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        Timothy_Garrison@fd.org

1

**<u>CERTIFICATE OF SERVICE</u>**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6          Copy to Defendant

7   Dated:  May 27, 2008                               /s/ *Timothy R. Garrison*
                                                       Federal Defenders of San Diego, Inc.
8                                                      225 Broadway, Suite 900
                                                       San Diego, CA  92101-5030
9                                                      (619) 234-8467  (tel)
                                                       (619) 687-2666  (fax)
10                                                     Timothy_Garrison@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2